Cause No. WR-30,830-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

William Durham 1748026
Ramsey One Unit
1100 FM 655
Rosharon, Texas 77583

Court of Criminal Appeals of Texas          September 11, 2015
Abel Acosta, Clerk
P.O. Box 12308
Austin, Texas 78711          Re: Writ of Mandmaus / 11.07 TCCP

Dear Mr. Acosta,

Greetings, I received a White-Card from your office on or about 08/06/15 informing me that my Writ of Mandamus has been received and presetned to the court.

Sir, it is impoartant to remember that I filed my Habeas Corpus in June of 2015 and the District Court has failed to meet the Time-lines pursuant to TCCP Art. 11.07 which give them 35-days to file their response.

Sir, this Honorable COurt recently heard Escareno 297 S.W.3d 288 which delt with this very same issue and the court ordered the District court to find the Clerk in contempt of court for failing to perform her ministerail duties under Tex. Code of Crim. Proc. Ann art. 2.21

Sir, this is completely unacceptable, this writ has been in the District Court for over three months, and the courts refuse to responde to my request and now the C.O.A. has continuned to allow this behavior by further failing to order the District Court to act on this Habeas Corpus Application.

Mr. Acosta, this is the Great Writ, and it should not be abused like this, I am claiming Actual Innocence and this delay is a miscarriage of justice, please sir let me know what is going on with this process.

Respectfully, + _____